

(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

2019 JUN 21 AM 8:47

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Kyle Anderson
(Name of Plaintiff or Plaintiffs)

v.

Jamie Dimon

JPMorgan Chase and Co.
(Name of Defendant or Defendants)

Civ. Action No. 19 - 1153
(To be assigned by Clerk's Office)

**COMPLAINT FOR**
**EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☑Yes
☐No

1.  This action is brought pursuant to (check all spaces that apply):

☑  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is:_____.

☐  Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐  Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2.  Plaintiff resides at ___618 Davis rd___
(Street Address)

___Cheltenham___   ___montgomery___   ___PA___   ___19012___
(City)        (County)        (State)      (Zip Code)

___215-837-6977___ . Attach additional sheets if more than one Plaintiff.
(Area Code) (Phone Number)

3.  Defendant resides at, or its business is located at ___383 Madison Ave___
(Street Address)

___New York___   ___Manhattan___   ___NY___   ___10017___ .(
City)        (County)        (State)      (Zip Code)

**Attach additional sheets if more than one Defendant.**

1

4.    The discriminatory conduct occurred in connection with plaintiff's employment at, or application

to be employed at, defendant's ___JPMorgan Chase and Co.___ place of business
<br>(Defendant's Name)

located at ___500 Stanton Christiana Rd___
<br>(Street Address)

___Newark___ ___New Castle___ ___DE___ ___19713___.(
<br>City)    (County)    (State)    (Zip Code)

5.    The alleged discriminatory acts occurred on __24__, __September__, __2018__.
<br>(Day)    (Month)    (Year)

6.    The alleged discriminatory practice  ☑ is    ☐ is not    continuing.

7.    On __25__, __February__, __2019__, Plaintiff filed charges
<br>(Day)    ( Month)    (Year)

with the Department of Labor of the State of Delaware: ___EEOC___,
<br>(Agency)

__801 Market Street Suite 1300__ __Philadephia__ __Philadelphia__
<br>(Street Address)    (City)    (County)

__PA__ __19107__, regarding defendant's alleged discriminatory conduct.
<br>(State)    (Zip Code)

8.    On __25__, __February__, __2019__, Plaintiff filed charges
<br>(Day)    ( Month)    (Year)

with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged

discriminatory conduct.

9.    The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue

letter which was received by plaintiff on: __28__, __May__, __2019__.
<br>(Day)    (Month)    (Year)

**(NOTE:  ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10.    The alleged discriminatory acts, in this suit, concern:

A.  ☐  Failure to employ plaintiff.
<br>B.  ☐  Termination of plaintiff's employment.  Plaintiff was terminated from employment on the following date: _____.
<br>C.  ☐  Failure to promote plaintiff.  Plaintiff was refused a promotion on the following date: _____.
<br>D.  ☑  Other acts (please specify):_____

Discriminatory remarks, harassment, and
culture when I (men) request 16 week primary
parental leave which led to retaliation by
lowering annual review rating and compensation

11.    The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2

A.  ☐  Plaintiff's race
B.  ☐  Plaintiff's color
C.  ☑  Plaintiff's sex
D.  ☐  Plaintiff's religion
E.  ☐  Plaintiff's national origin
F.  ☐  Plaintiff's age
G.  ☐  Plaintiff's disability

12.    A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE:  ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

THEREFORE,  Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

A.  ☑  Injunctive relief (specify what you want the Court to order): _One parental leave policy for all_.
B.  ☐  Back pay.
C.  ☐  Reinstatement to former position.
D.  ☑  Monetary damages in the amount of _Current wages through retirment (1.8 million)_
E.  ☑  That the Court appoint legal counsel.
F.  ☑  Such relief as may be appropriate, including costs and attorney's fees.
G.  ☐  Other (specify): _____.

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated:  _6/17/2019_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

3