IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYLE ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1153 (MN) |
| | ) |
| JAMIE DIMON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 2nd day of November 2020, for the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for default judgment (D.I. 12) is DENIED.

2. Defendants' motion for judgment on the pleadings (D.I. 22) is GRANTED.

3. Plaintiff's motion for discovery (D.I. 29) is DENIED as moot.

4. The Complaint is DISMISSED.

IT IS FURTHER ORDERED that:

Defendants' request for declaratory judgment is GRANTED. This Court hereby finds that (1) the Release of Claims in the Confidential Release Agreement is valid and covers all of the claims brought in Plaintiff's Complaint; (2) by signing the Confidential Release Agreement, Plaintiff released and waived his right to assert the claims set forth in his Complaint; and (3) Plaintiff may not pursue the claims asserted in his Complaint.

2

IT IS FINALLY ORDERED that:

The Clerk of Court is directed to enter Judgment in favor of Defendants and against Plaintiff and to close the case.

_____
The Honorable Maryellen Noreika
United States District Judge