IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KYLE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1153 (MN) |
| | ) | |
| JAMIE DIMON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order dated November 2, 2020 (D.I. 32, 33);

IT IS HEREBY ORDERED AND ADJUDGED this 2nd day of November 2020 that judgment be and is HEREBY ENTERED in favor of Defendants Jamie Dimon and JPMorgan Chase & Co. and against Plaintiff Kyle Anderson.

_____
The Honorable Maryellen Noreika
United States District Judge

_____
(By) Deputy Clerk